[Cite as *State v. Jones*, 2012-Ohio-76.]

COURT OF APPEALS
STARK COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO | JUDGES:<br>Hon. William B. Hoffman, P.J.<br>Hon. John W. Wise, J.<br>Hon. Julie A. Edwards, J. |
|     Plaintiff-Appellee | |
| -vs- | Case No. 2011CA00236 |
| RYAN G. JONES | |
|     Defendant-Appellant | O P I N I O N |


CHARACTER OF PROCEEDING:    Appeal from the Stark County Court of Common Pleas, Criminal Division, Case No. 2011CR00022


JUDGMENT:    Dismissed


DATE OF JUDGMENT ENTRY:    January 9, 2012


APPEARANCES:


For Plaintiff-Appellee    For Defendant-Appellant


JOHN D. FERRERO    RYAN G. JONES, PRO SE
PROSECUTING ATTORNEY,    Richland Correctional Institution
STARK COUNTY, OHIO    Inst. No. 600-484
    Post Office Box 8107
By: RENEE M. WATSON    Mansfield, Ohio 44901-8107
Assistant Prosecuting Attorney
Appellate Section
110 Central Plaza, South – Suite 510
Canton, Ohio 44702-1413

*Hoffman, P.J.*

**(¶1)** Defendant-appellant Ryan G. Jones appeals the October 4, 2011 Judgment Entry entered by the Stark County Court of Common Pleas, denying his Motion for Relief from Judgment. The State of Ohio is plaintiff-appellee.

## STATEMENT OF THE CASE[1]

**(¶2)** Appellant pled guilty to one count of illegal manufacture of drugs in the vicinity of a child, a violation of R.C. 2925.04(A), and one count of illegal assembly or possession of chemicals for the manufacture of drugs in the vicinity of a child, a violation of R.C. 2925.041(A). Appellant was sentenced via Judgment Entry filed February 28, 2011. Appellant did not file a direct appeal.

**(¶3)** On August 1, 2011, Appellant filed a petition for post-conviction relief ("PCR") asserting the two counts for which he was convicted and sentenced were allied offenses of similar import.

**(¶4)** The trial court denied Appellant's PCR petition via Judgment Entry filed September 8, 2011. Appellant responded by filing a Motion for Relief from Judgment on September 28, 2011. The trial court summarily denied that motion via Judgment Entry filed October 4, 2011. It is from the latter entry Appellant prosecutes this appeal, assigning as error:

**(¶5)** "I. TRIAL COURT ABUSED ITS DISCRETION WHEN DENYING RELIEF FROM JUDGMENT."

**(¶6)** This case comes to us on the accelerated calendar governed by App.R. 11.1, which states the following in pertinent part:

**(¶7)** "**(E) Determination and judgment on appeal**

_____

[1] A rendition of the facts is unnecessary for our disposition of this appeal.

**(¶8)** "The appeal will be determined as provided by App. R. 11.1. It shall be sufficient compliance with App. R. 12(A) for the statement of the reason for the court's decision as to each error to be in brief and conclusionary form.

**(¶9)** The decision may be by judgment entry in which case it will not be published in any form."

**(¶10)** We dismiss this appeal for lack of jurisdiction. We find Appellant's appeal is untimely.

**(¶11)** Appellant's notice of appeal was filed October 19, 2011. While it asserts it is appealing the trial court's October 4, 2011 Judgment Entry, it is a collateral attack of the trial court's September 8, 2011 Judgment Entry.

**(¶12)** A motion for relief from judgment is not a substitute for a direct appeal. Appellant's October 19, 2011 Notice of Appeal was filed beyond the requirement of App.R. 4 for the timely filing of an appeal of the trial court's September 8, 2011 Judgment Entry. Accordingly, we find this court lacks jurisdiction and dismiss Appellant's appeal.

By: Hoffman, P.J.

Wise, J. and

Edwards, J. concur

s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN


s/ John W. Wise_____
HON. JOHN W. WISE


s/ Julie A. Edwards_____
HON. JULIE A. EDWARDS

IN THE COURT OF APPEALS FOR STARK COUNTY, OHIO
FIFTH APPELLATE DISTRICT

STATE OF OHIO                          :
                                       :
    Plaintiff-Appellee                 :
                                       :
-vs-                                   :               JUDGMENT ENTRY
                                       :
RYAN G. JONES                          :
                                       :
    Defendant-Appellant                :               Case No. 2011CA00236


For the reason stated in our accompanying Opinion, Appellant's appeal is

dismissed.  Costs to Appellant.


s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN


s/ John W. Wise_____
HON. JOHN W. WISE


s/ Julie A. Edwards _____
HON. JULIE A. EDWARDS